FOIA Summons IH form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

NICHOLAS GIOIA, ANTONIETTA ZAPPIER, and DAN SCHUY, individually and on behalf of others similarly situated,

Plaintiff

v.

PROJECT VERITAS

Defendant

Civil Action No. ______________

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Project Veritas
1214 W. Boston Post Rd.
Mamaroneck, New York 10543

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Schwartz
Advocates for Justice Chartered
Attorneys
225 Broadway Suite 1902
New York, NY 10007

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: ________________

______________________________
Signature of Clerk or Deputy Clerk

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

- I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

- I returned the summons unexecuted because ____________________ ; or

- Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: