

**advocates
for justice
chartered attorneys**

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

> Application denied. Under Local Civil Rule 83.9(c)(4), the mediation shall not interfere with any scheduling order of the Court. The parties shall comply with the Court's Individual Practices, including the rules governing motions to dismiss, and shall comply with any scheduling orders issued by the Court. To the extent plaintiff requests a stay pending mediation, that request is denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 18, 2022

By ECF

Hon. Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:    Gioia v. Project Veritas
               Case No. 22-cv-06710 PMH)

Dear Judge Halpern:

      On October 10, 2022, Defendants Project Veritas, O'Hara and O'Keefe posted a letter to Plaintiffs' counsel commencing the Motion to Dismiss process under the Court's Rule 4(c)(ii).

      On October 11, 2022 this Court issued a Mediation Referral Order because this is an FLSA case. In that Order, the Court deferred on scheduling a Rule 16(b) conference. We assume that the litigation of the Motion to Dismiss which is largely based on a purported failure to plead the overtime hours, and what was done during the overtime sufficient detail. Given the records the Court directed the parties to produce, we assume that litigation of that proposed motion is similarly put on hold pending mediation.

      If we are wrong, we request that the Court so advise.

                                        Respectfully submitted,

                                        /s/ *Arthur Z. Schwartz*

                                        Arthur Z. Schwartz

AZS:dr

cc:    Justin Kelton, Esq.