UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NICK GIOIA, ANTONIETTA ZAPPIER, LEON            :
SCULTI, PATRICE THIBODEAU, CASEY FLOWERS,       :
and DAN SCHUY, individually and on behalf of others  :
similarly situated,                             :
                                                :
                                                :   Case No.: 22-cv-06710-PMH
                    Plaintiffs,                 :
                                                :
        -against-                               :
                                                :   **RULE 7.1 CORPORATE**
                                                :   **DISCLOSURE STATEMENT**
PROJECT VERITAS, S2 HR SOLUTIONS 1A, LLC        :
(d/b/a ENGAGE PEO LLC), TOM O'HARA, and         :
JAMES O'KEEFE,                                  :
                                                :
                    Defendants.                 :
------------------------------------------------------------------------X

        Defendant Project Veritas, by and through its attorneys, Abrams Fensterman LLP, states

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent corporation and

there is no publicly held corporation that holds ten (10) percent or more of its stock.


Dated:      Brooklyn, New York
            November 2, 2022


                                        **ABRAMS FENSTERMAN, LLP**

                                         _/s/ Justin T. Kelton_
                                        Justin T. Kelton
                                        1 MetroTech Center, Suite 1701
                                        Brooklyn, NY 11201
                                        Tel: (718) 215-5300 x 501
                                        Fax: (718) 215-5304
                                        Email:  jkelton@abramslaw.com
                                        *Attorneys for Defendants*
                                        *Project Veritas, Tom O'Hara, and*
                                        *James O'Keefe*