December 12, 2012

<u>By ECF</u>

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

        Re:    Gioia, Zappier et al v Project Veritas
                  22-cv-06710
                  <u>Mediation</u>

Dear Judge Halpern:

      I write to advise the Court that various circumstances have led to the postponement of the mediation session in this case, which had been scheduled for December 16, 2022. The parties who have appeared have supplied the Mediator with additional dates, and it will be rescheduled for January, 2023. Even without the mediator plaintiffs have supplied a settlement demand.

      Plaintiffs are also pursuing settlement with defendant Engage, whose time to answer has been extended.

                                                          Respectfully submitted,

                                                          /s/ *Arthur Z. Schwartz*
                                                          Arthur Z. Schwartz

cc:     All Counsel (by ECF)