UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICK GIOIA, et al.,

                Plaintiffs,

-against-

**ORDER**

22-CV-06710 (PMH)

PROJECT VERITAS, et al.,

                Defendants.

PHILIP M. HALPERN, United States District Judge:

    On December 23, 2022, the Court issued an order warning plaintiffs that defendant S2 HR Solution 1A, LLC would be dismissed from this action without prejudice pursuant to Fed. R. Civ. P. 4(m), unless by December 30, 2022, plaintiffs either: (i) filed to the ECF docket proof of service, indicating defendant S2 HR Solution 1A, LLC was served on or before December 21, 2022; or (ii) showed good cause in writing for the failure to comply with Fed. R. Civ. P. 4(m) and the Court's orders. (Doc. 39). To date, plaintiffs have failed to respond to the Court's December 23rd order.

    Accordingly, defendant S2 HR Solution 1A, LLC is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). The Clerk of Court is respectfully requested to terminate that entity as a defendant in this action.

**SO ORDERED:**

Dated: White Plains, New York
       January 4, 2023

                                                _____
                                                Philip M. Halpern
                                                United States District Judge