

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

February 17, 2023

By ECF

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re: Gioia, et al. v. Project Veritas
       7:22-cv-06710 – PMH
       Letter re Motion to Dismiss

Dear Judge Halpern:

  Counsel for Defendants filed a letter directed to a Motion to Dismiss the Second Amended Complaint on February 15, 2023. Your Honor's Rules require a response within "5 business days." We calculated that as Thursday, February 23, 2023. We write to make sure that we have the date correctly.

  Your Honor's approval of this date would be appreciated.

              Respectfully submitted,

              /s/ *Arthur Z. Schwartz*

              Arthur Z. Schwartz

cc: Justin Kelton, Esq. (by ECF)