

**advocates
for justice**
chartered attorneys

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

---

Application granted. The pre-motion conference scheduled for March 28, 2023 is adjourned to April 4, 2023 at 3:30 p.m. to be held in Courtroom 520 of the White Plains courthouse. The February 28th deadline for Plaintiffs to file opposition in compliance with the Court's Individual Practices remains in place.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 27, 2023

---

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10007

Re:   Gioia v Project Veritas   22-cv-06710
      <u>Request to Adjourn Pre-Motion Conference</u>

Dear Judge Halpern:

The Court has set a Pre-Motion Conference for March 28, 2023, in person, at noon. I have an employee discharge arbitration set for 11am that date. The employee has been out of work for over six-months, and rescheduling the arbitration could cause another 2-3 month delay.

We request that the conference be reset for April 4 or 5 2023. (I have a one-day trial in Los Angeles on March 30 and the 6th I will be traveling to be with family for Passover.

Thank you for your consideration.

Respectfully submitted,

/s/ *Arthur Z. Schwartz*

Arthur Z. Schwartz

cc:   Justin Kelton, Esq. (by ECF)